## STATE OF CONNECTICUT *v.* KAREEM ABDUL HEDGE

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 348 (AC 24764), is denied.

*Arthur L. Ledford,* special public defender, in support of the petition.

*C. Robert Satti, Jr.,* senior assistant state's attorney, in opposition.

Decided July 12, 2005

## PATRICK MULCAHY *v.* MICHAEL MOSSA

The petition by the counterclaim defendant state of Connecticut for certification for appeal from the Appellate Court, 89 Conn. App. 115 (AC 25209), is denied.

*Lorinda S. Coon,* in support of the petition.

*Jason L. McCoy,* in opposition.

Decided July 12, 2005

## IN RE BRENDAN C.

The petition by the respondent father for certification for appeal from the Appellate Court, 89 Conn. App. 511 (AC 25326), is denied.

*Raymond J. Rigat,* in support of the petition.

*Robert W. Clark,* assistant attorney general, in opposition.

Decided July 12, 2005